UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,   :

        Plaintiff,   :

v.   :   DOCKET NO: 3:00CV01459 (CFD)

Andrew Davis,   :

        Defendant.   :

### ORDER

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Andrew Davis, appear before the District Court in the West Courtroom, **450 Main St., Hartford**, Connecticut on the **27th** day of **January**, 20**04** at **10:00 a.m.** o'clock in the **fore** noon, and then and there be examined under oath concerning his/her assets and his/her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with him/her and produce at the hearing all documents sought by plaintiff's Request for Production served on or about, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the

defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the defendant.

Dated this 12TH day of November, 2003 at Hartford, Connecticut.

<u>Christopher F. Droney</u>
UNITED STATES DISTRICT JUDGE