UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No: 3:00CV1459(CFD) |
| v. | : | |
| Andrew Davis, | : | December 11, 2003 |
| Defendant. | : | |

FILED
2003 DEC 15 P 2: 47
US DISTRICT COURT
HARTFORD CT

### GOVERNMENT'S WITHDRAWAL OF MOTION FOR EXAMINATION OF JUDGMENT DEBTOR

The Government filed its motion for examination of judgment debtor on July 7, 2003. The Government has re-evaluated the case since filing its motion for debtor examination, and has determined that an examination is no longer necessary at this time. According, the Government respectfully requests to withdraw its motion for examination of judgment debtor, without prejudice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FED BAR NO. CT 03393

**CERTIFICATION**

    This is to certify that a copy of the forgoing was mailed, postage prepaid, on this the 12th day of December, 2003 to:

Andrew Davis
360 Oakland St., Apt. 13-E
Manchester, Connecticut  06040


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY