UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 P 2:47
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No: 3:00CV1459(CFD) RKW |
| v. | : |
| Andrew Davis, | : December 11, 2003 |
| Defendant. | : |

**GOVERNMENT'S WITHDRAWAL OF**
**MOTION FOR EXAMINATION OF JUDGMENT DEBTOR**

The Government filed its motion for examination of judgment debtor on July 7, 2003. The Government has re-evaluated the case since filing its motion for debtor examination, and has determined that an examination is no longer necessary at this time. According, the Government respectfully requests to withdraw its motion for examination of judgment debtor, without prejudice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FED BAR NO. CT 03393

*[Handwritten margin note: 1/13/04. Treating this as a motion, it is Granted.]*

*[Stamp: FILED 2004 JAN 13 P 3:2 US DISTRICT COURT HARTFORD, CT]*